PS 8
(8/88)

# United States District Court
## for
## SOUTHERN DISTRICT OF CALIFORNIA


FILED

07 SEP -4 PM 1:08

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

U. S. A. vs. HERNANDEZ, ANTONIO              Docket No. 07CR1903BTM-001
Register #: 04101-298

### Petition for Action on Conditions of Pretrial Release

Comes now Diana Ghanem Pretrial Services Officer presenting an official report upon the conduct of defendant HERNANDEZ, ANTONIO who was placed under pretrial release supervision by the Honorable Leo S. Papas sitting in the court at San Diego on the 20th day of June, 2007, under the following conditions:

**General Conditions**: not commit a federal, state or local crime during the period of release; make all court appearances.

**Special Condition**: restrict travel to Southern District of California; do not enter Mexico; report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C. § 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; participate in a Global Positioning System (GPS) satellite monitoring program with passive monitoring as directed by the PSO; remain at specified residence (curfew) between the hours of 8:00 p.m. and 6:00 a.m. daily; actively seek and maintain full-time employment, schooling, or combination both; and submit to psychological/psychiatric counseling.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

**Condition Violated**: Participate in a Global Positioning System (GPS) satellite monitoring program with passive monitoring as directed by Pretrial Services and remain at specified residence (curfew) between the hours of 8:00 p.m. to 6:00 a.m. daily.

1. On August 31, September 1, 2, and 3, 2007, Pretrial Services received electronic notification that the defendant did not return to his residence by 8:00 p.m. as directed by his Court imposed curfew.

**Grounds for Violation**: On August 31, September 1, 2, and 3, 2007, I received electronic notification indicating the defendant was not in compliance with his court specified curfew of 8:00 p.m. This information was verified by the defendant's mother and brother (surety) who further indicated they have not seen or heard from the defendant. As of September 3, 2007, the defendant's whereabouts remain unknown.

PRAYING THAT THE COURT WILL ORDER A NO BAIL BENCH WARRANT FOR THE DEFENDANT'S ARREST AND BRING HIM BEFORE THE COURT TO SHOW CAUSE WHY HIS BOND SHOULD NOT BE REVOKED.

ORDER OF COURT

Considered and ordered this __4th__ day of __September__ 2007 and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge Barry T. Moskowitz

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: __9/4/07__

Respectfully, _____
Diana Ghanem, U.S. Pretrial Services Officer
(619) 557-5938

Place   __San Diego, California__

Date   __September 4, 2007__